UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RESTORATION RISK RETENTION GROUP, Inc.,

-vs-

DAVE ROSS, SECRETARY, WISCONSIN DEPARTMENT OF SAFETY AND PROFESSIONAL SERVICES and TRADES CREDENTIALING UNIT, WISCONSIN DEPARTMENT OF SAFETY AND PROFESSIONAL SERVICES

Case No. 16-cv-296

HON. JAMES D. PETERSON

**NOTICE OF APPEAL**

Notice is hereby given that Restoration Risk Retention Group, Inc. ("Plaintiff") appeals to the United States Court of Appeals for the Seventh Circuit from the entry of civil judgment (Dkt. # 35) entered in this action on November 4, 2016.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
*Attorneys for Plaintiff Restoration Risk Retention Group, Inc.*

Dated: December 2, 2016

By: /s/ Kevin M. Blair
    Kenneth T. Brooks (P33834)
    Kevin M. Blair (P76927)
222 North Washington Square, Suite 400
Lansing, MI 48933
(517) 377-0285

23232902.1