UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RESTORATION RISK RETENTION GROUP, INC.,

-vs-

DAVE ROSS, SECRETARY, WISCONSIN DEPARTMENT OF SAFETY AND PROFESSIONAL SERVICES and TRADES CREDENTIALING UNIT, WISCONSIN DEPARTMENT OF SAFETY AND PROFESSIONAL SERVICES

Case No. 16-cv-296

HON. JAMES D. PETERSON

---

## NOTICE OF APPEAL

---

Notice is hereby given that Restoration Risk Retention Group, Inc. ("Plaintiff") appeals to the United States Court of Appeals for the Seventh Circuit from the entry of civil judgment (Dkt. # 41) entered in this action on December 5, 2016.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        *Attorneys for Plaintiff Restoration Risk Retention Group, Inc.*

Dated:  January 4, 2017         By:  /s/ Kevin M. Blair
            Kenneth T. Brooks (P33834)
            Kevin M. Blair (P76927)
        222 North Washington Square, Suite 400
        Lansing, MI  48933
        (517) 377-0285